United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 9, 2004**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Summary Calendar
No. 04-10225
_____

PAMELA RICHARDSON,

Plaintiff-Appellant,

versus

MONITRONICS INTERNATIONAL INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Texas,
Dallas Division
3-02-CV-2238-N

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appellant Richardson appeals the district court's award of summary judgment to Appellee Monitronics International, Inc. The district court found that Richardson failed to raise a material issue as to any entitlement or retaliatory violation of the Family and Medical Leave Act ("FMLA"). This court reviews the grant of summary judgment de novo, using the same standard as the district court. Urbano v. Continental Airlines, Inc., 138 F.3d 204, 205 (5th Cir. 1998).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After closely reviewing the record below, we find no reversible error and agree with the district court's well-reasoned resolution of this matter.

The judgment of the district court is **AFFIRMED.**